AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CRISTOL, A. J. | U.S. BANKRUPTCY COURT, FLORIDA | 07/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF JUDGE EMERITUS | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

C. CLYDE ATKINS UNITED STATES COURTHOUSE
301 NORTH MIAMI AVENUE
CHAMBERS 717
MIAMI, FLORIDA 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Director | University of Miami School of Law Alumni Association |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Court governance or administrative/managerial meetings Funded by: Court (Judiciary) | 03/28/2019 - 03/30/2019 | Jenson Beach, FL | Judicial Conference | Judicial Conference |
| 2. | Federal Judicial Center educational seminar or program | 04/23/2019 - 04/26/2019 | Cambridge, MA | Educational seminar or program | Airfare, Hotel, Meals |
| 3. | The Florida Bar Association | 05/09/2019 - 05/12/2019 | Key Largo, FL | Activity of professional assoc or civic organization | Hotels, Meals |
| 4. | The Florida Bar Association | 06/27/2019 - 06/28/2019 | Boca Raton, FL | Educational seminar or program | Hotels, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **CRISTOL, A. J.** | 07/30/2020 |

| 5. | Federal Judicial Center educational seminar or program | 07/07/2019 - 07/10/2019 | New York, NY | Educational seminar or program | Airfare, Hotel, Meals |
|---|---|---|---|---|---|
| 6. | Prefessional or Civic Group | 10/29/2019 - 11/02/2019 | Washington, DC | Educational seminar or program | Hotel, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  General Electric | B | Dividend | K | T | Sold<br>(part) | 10/30/19 | J | A | |
| 2.  Service PPYS TR (formerly Hospitality Partners | A | Dividend | J | T | | | | | |
| 3.  Miami-Dade Aviation | B | Interest | | | Redeemed | 10/01/19 | K | A | |
| 4.  Cohen & Steers | C | Dividend | K | T | Sold<br>(part) | 12/18/19 | J | A | |
| 5.  Elbit | A | Dividend | K | T | | | | | |
| 6.  AT&T | C | Dividend | L | T | | | | | |
| 7.  Nuveen Real Estate Fund Com | A | Dividend | J | T | | | | | |
| 8.  Lord Abbett Floating Rate/High Yield | D | Dividend | M | T | | | | | |
| 9.  Apple Inc | B | Dividend | M | T | Sold<br>(part) | 03/25/19 | J | C | |
| 10.  Comcast Corp NEw Special CL A | A | Dividend | K | T | Sold<br>(part) | 12/09/19 | K | C | |
| 11.  Grandeur Peak Int'l Oppertunities | B | Dividend | K | T | | | | | |
| 12.  Genesis Energy LP | B | Distribution | J | T | | | | | |
| 13.  Angel Oak Multi Strategy | D | Dividend | M | T | | | | | |
| 14.  Gilead Sciences Inc | A | Dividend | | | Sold | 03/25/19 | J | A | |
| 15.  Alphabet Inc CL A | | None | K | T | | | | | |
| 16.  Alphabet Inc CL C | | None | K | T | | | | | |
| 17.  Grandeur Peak Global | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Home Depot Inc | A | Dividend | K | T | | | | | |
| 19. | UnitedHealth Group Inc | A | Dividend | K | T | Sold<br>(part) | 12/09/19 | J | C | |
| 20. | Maine St Hsg Auth Mtge P SR D | B | Interest | K | T | Redeemed<br>(part) | 03/11/19 | J | A | |
| 21. | | | | | | Redeemed<br>(part) | 11/19/19 | J | A | |
| 22. | North Dakota St Hsg FIN Sr D RV | A | Interest | | | Sold | 10/24/19 | K | A | |
| 23. | Mastercard Inc CL A | A | Dividend | K | T | | | | | |
| 24. | Pepsico Inc | A | Dividend | K | T | | | | | |
| 25. | American Tower Corp REIT | A | Dividend | K | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 26. | Miscrosoft Corp | A | Dividend | K | T | | | | | |
| 27. | Visa Inc. CL A | A | Dividend | K | T | Sold<br>(part) | 01/31/19 | J | C | |
| 28. | Heico Corp New | A | Dividend | L | T | | | | | |
| 29. | JP Morgan Chase Financial CT-ISS SPX | | None | | | Redeemed | 04/01/19 | K | D | |
| 30. | Citigroup Global Markets TAR-SS MXEA SX5E 12/21/2021 | | None | L | T | | | | | |
| 31. | Block Financial NTS B/A 4.125% 100120 DTD093015 | B | Interest | K | T | | | | | |
| 32. | Viacom Inc B/E 4.250% 090123 DTD 081913 | B | Interest | K | T | | | | | |
| 33. | Metropolitan Transit Auth SR E B/ER | B | Interest | K | T | | | | | |
| 34. | North TX TWY Auth SR A RV B/E/R | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Tower Corp B/E 4.70% 031522 DTD031212 | A | Interest | K | T | | | | | |
| 36. Fidelity Natl Inform NTS 4.5% 101522 DTD102015 | A | Interest | K | T | | | | | |
| 37. NASDAQ QMX Group 4.225% 060124 DTD052914 | B | Interest | K | T | | | | | |
| 38. Transamerica floating rate fund class I | A | Dividend | | | Sold | 01/08/19 | M | A | |
| 39. SPDR S&P Bank ETF | A | Dividend | | | Sold | 03/25/19 | K | A | |
| 40. Huntington Ingalls Inds Inc | A | Dividend | | | Sold | 07/12/19 | K | A | |
| 41. Clearbridge Dividend Strategy FD CL I | B | Dividend | K | T | | | | | |
| 42. Barclays Bank PLC L/O TA-CYN SPX SX5E | C | Dividend | K | T | | | | | |
| 43. Johnson & Johnson com | A | Int./Div. | K | T | Sold (part) | 12/09/19 | J | A | |
| 44. Victory Floating Rate Fund Class Y | D | Int./Div. | M | T | Buy (add'l) | 01/08/19 | L | | |
| 45. Alpha Centric Income Opportunities Fund Class 2/21/18 | D | Int./Div. | N | T | | | | | |
| 46. Keurig DR Pepper Inc | A | Dividend | J | T | | | | | |
| 47. New York NY City Transi B-4 RV LOC | B | Interest | M | T | | | | | |
| 48. Abbott Labs | A | Dividend | K | T | Buy | 01/03/19 | J | | |
| 49. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 50. Berkshire Hathaway Inc CL B | | None | K | T | Buy | 01/04/19 | K | | |
| 51. Thermo Fisher Scientific Inc | A | Dividend | K | T | Buy | 01/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Best Buy Co Inc B/E 05.500% | B | Interest | K | T | Buy | 01/04/19 | K | | |
| 53. | Campbell Soup Co NTS B/E 03.650% | B | Interest | L | T | Buy | 01/04/19 | K | | |
| 54. | Expedia Inc NTS B/E 05-950% | B | Interest | K | T | Buy | 01/08/19 | K | | |
| 55. | Wellcare Halth Plans Inc | | None | K | T | Buy | 08/27/19 | K | | |
| 56. | CBS Corp B/E 03.500% | A | Interest | K | T | Buy | 04/01/19 | K | | |
| 57. | Thermo Fisher Scientific 04.500% | B | Interest | | | Buy | 04/01/19 | K | | |
| 58. | | | | | | Redeemed | 10/15/19 | K | A | |
| 59. | O'Reilly Automotive Inc 04.625% | A | Interest | K | T | Buy | 04/17/19 | K | | |
| 60. | Coresite Rlty Corp Com Reit | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 61. | Salesforce.com Inc | | None | J | T | Buy | 08/09/19 | J | | |
| 62. | Alcon Inc Chf | | None | K | T | Buy | 08/23/19 | J | | |
| 63. | | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 64. | | | | | | Buy<br>(add'l) | 10/30/19 | J | | |
| 65. | First Trust Nasdaq Cybersecurity ETF | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 66. | American Century High Income FD CL I | A | Dividend | L | T | Buy | 10/10/19 | K | | |
| 67. | Paypal Holdings Inc | | None | J | T | Buy | 10/24/19 | J | | |
| 68. | | | | | | Buy<br>(add'l) | 12/09/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Fortune Brnds Home & Sec 04.000% | A | Interest | K | T | Buy | 10/30/19 | K | | |
| 70. Tandum Diabetes Care Inc Com New | | None | K | T | Buy | 11/04/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 72. Intl Lease Fin Corp NTS 04.625% | A | Interest | K | T | Buy | 11/14/19 | K | | |
| 73. Mastec Inc | | None | J | T | Buy | 12/18/19 | J | | |
| 74. Wabtec Inc | | None | | | Spinoff<br>(from line 1) | 02/26/19 | J | | |
| 75. | | | | | Sold | 03/25/19 | J | A | |
| 76. UBS BK USA Salt LA US RT 3% | B | Interest | M | T | Buy | 05/06/19 | M | | |
| 77. Trust # 2 (H) | | | | | | | | | |
| 78. Service PPYS TR (formerly Hospitality Partners | A | Dividend | J | T | | | | | |
| 79. General Electric | A | Dividend | K | T | | | | | |
| 80. Heico | A | Dividend | K | T | | | | | |
| 81. AT&T | A | Dividend | K | T | | | | | |
| 82. Cohen&Steers | A | Dividend | J | T | | | | | |
| 83. Miami Dade Aviation | A | Interest | L | T | Redeemed<br>(part) | 10/01/19 | K | A | |
| 84. Lee Mem Hlth | B | Interest | | | Redeemed | 05/06/19 | K | A | |
| 85. Alphabet Inv. CL C | | None | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Georgia Hsg & Fin Auth | A | Interest | K | T | | | | | |
| 87. Lord Abbet Floating | D | Dividend | L | T | Sold<br>(part) | 11/15/19 | L | A | |
| 88. Mednax Inc | | None | J | T | | | | | |
| 89. SPDR Gold Trust | | None | | | Sold | 02/26/19 | J | A | |
| 90. Angel Oak Multi Strategy Income Class<br>Instl | D | Interest | L | T | Sold<br>(part) | 08/27/19 | K | A | |
| 91. | | | | | Sold<br>(part) | 11/15/19 | L | | |
| 92. Village Cmnty Dev No 6 Ser 2013 | A | Interest | K | T | | | | | |
| 93. Amer Express | A | Dividend | K | T | Buy<br>(add'l) | 12/03/19 | J | | |
| 94. BlackStone Group Inc CL A (Formoerly<br>Blackstone Group LP ) | A | Dividend | K | T | | | | | |
| 95. Costco Wholesale | A | Dividend | L | T | | | | | |
| 96. Wisconsin St Clean Wtr | | None | L | T | | | | | |
| 97. Royal Bank of Canada Trigger SPS SPX | | None | J | T | Sold<br>(part) | 10/30/19 | K | D | |
| 98. Lord Abbett High Yield Fd CL F | | None | | | Sold | 01/04/19 | M | A | |
| 99. Dowdupont Inc | A | Dividend | K | T | | | | | |
| 100. Facebook Inc CL A | | None | K | T | | | | | |
| 101. Maine ST Hsg Auth Mtge P SR D | B | Interest | K | T | Redeemed<br>(part) | 03/11/19 | J | A | |
| 102. | | | | | Redeemed<br>(part) | 11/19/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  North Dakota ST Hsg Fin SR D RV | A | Interest | K | T | Redeemed (part) | 04/01/19 | J | A | |
| 104.  JP Morgan Chase & CO TriggerPS DXK | | None | J | T | | | | | |
| 105.  Indian Trace CMTY | A | Interest | K | T | | | | | |
| 106.  Citigroup Global Markets T-SS SPX 7/31/20 | | None | L | T | | | | | |
| 107.  UBS AG CAR PS SX5E 12/31/19 | | None | | | Sold | 08/19/19 | J | A | |
| 108.  Transamerica Floating Rate Fund CL I | A | Dividend | | | Sold | 02/26/19 | L | A | |
| 109.  Transamerica Mid Cap Value Opps FD Cl I | | None | | | Sold | 03/25/19 | K | A | |
| 110.  Transamerica Floating Rate Fund CL I ( | B | Dividend | | | Sold | 12/09/19 | K | A | |
| 111.  Blackstone Group LP/The Unit Repstg LTD | A | Distribution | K | T | | | | | |
| 112.  Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 113.  TE Connectivity LTD CHF | | None | | | Sold | 01/04/19 | J | A | |
| 114.  Victory Trivalent International Small Cap | A | Dividend | J | T | | | | | |
| 115.  SPDR S&P bank ETF | | None | L | T | Buy (add'l) | 10/30/19 | J | | |
| 116. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 117. | | | | | Buy (add'l) | 11/29/19 | K | | |
| 118.  Cobb County GA Dev Auth PK 2017 RV BE/R | B | Interest | K | T | | | | | |
| 119.  Dallas Fort Worth TX IN SR C RV | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  King Co WA Pub HSP DST SR B 3/13/17 | B | Interest | K | T | | | | | |
| 121.  Michigan St BLDG Auth SR I RV | B | Interest | K | T | | | | | |
| 122.  Tallahassee FL Energy SY RV | B | Interest | K | T | | | | | |
| 123.  Washington ST Univ RV BE | | None | K | T | | | | | |
| 124.  Washington ST CTFS Partn SR B RV | | None | K | T | | | | | |
| 125.  Rhode Island ST TPK & BR SR A RV | B | Interest | K | T | | | | | |
| 126.  Stephen F Austin ST Univ RV BE | B | Interest | K | T | | | | | |
| 127.  South Carolina ST HSG D A-1 BE | B | Interest | L | T | Redeemed (part) | 01/02/19 | J | A | |
| 128. | | | | | Redeemed (part) | 04/01/19 | J | A | |
| 129. | | | | | Redeemed (part) | 07/01/19 | J | A | |
| 130.  New Jersey Turnpike Auth RV BE/R | A | Interest | K | T | | | | | |
| 131.  Miami Dade Cnty FL Avia A-1 RV/BE/R<br>5.250% 100124 DTD 083115 | C | Interest | L | T | | | | | |
| 132.  Victory FLoating Rate Fund Class Y | D | Dividend | M | T | | | | | |
| 133.  Adidas AG Spon ADR | | None | | | Sold | 03/25/19 | J | B | |
| 134.  ALpha Centric In Opportunitiws Fund Class | C | Dividend | M | T | | | | | |
| 135.  VIctory Floating Fund Rate Fund Class Y | A | Interest | K | T | Buy (add'l) | 06/24/19 | K | | |
| 136.  Texas ST Tax and Rev 2018 RV NTS BE/R | B | Interest | | | Redeemed | 08/29/19 | K | A | |

| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Automatic Data Processing Inc | A | Dividend | K | T | Buy (add'l) | 01/04/19 | J | | |
| 138. Indianapolis IN LOC PUB SR C RV BE/R | A | Interest | K | T | | | | | |
| 139. West VA Econ Dev Auth H E SR A RV BE/R/ | | None | K | T | | | | | |
| 140. Lousianna ST Univ & Agri SR A RV BE/R | A | Interest | K | T | | | | | |
| 141. New York ST Dorm Auth RE Tax RV/BE/R 3/21/18 | B | Interest | L | T | | | | | |
| 142. Univ North FL Fin G Corp Assur RV BE/R/ 3/22/18 | B | Interest | L | T | | | | | |
| 143. Port Seattle WA Sr A RV BE/R 4/9/18 | B | Int./Div. | L | T | | | | | |
| 144. Houston TX Util SYS for RV BE/R/ 6/18/18 | B | Interest | K | T | | | | | |
| 145. Southeast Cmnty College RV BE/R/ 8/2/18 | B | Interest | L | T | | | | | |
| 146. Brownsville TX Util Sys Assur RV BE/R/ 9/19/18 | B | Interest | L | T | | | | | |
| 147. Arlington TX SPL Tax Assur 2017 RV BE/R/ 10/15/18 | C | Interest | L | T | | | | | |
| 148. Virginia Commwlth Univ HE RV BE/R/ 11/26/18 | B | Interest | L | T | | | | | |
| 149. Fort Worth TX SPL Tax A RV BE/R/ 11/28/18 | B | Interest | K | T | | | | | |
| 150. Cary NC BE/R Trade 3/22/2018 | B | Interest | L | T | | | | | |
| 151. American Century High Income Fund CL I | A | Dividend | L | T | Buy | 08/26/19 | K | | |
| 152. | | | | | Buy (add'l) | 10/02/19 | K | | |
| 153. Lubbock TX BE/R/ 3/12/19 | A | Interest | K | T | Buy | 03/13/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. WPPI Energy Power Supply Ser A BE/R/ | B | Interest | L | T | Buy | 03/21/19 | L | | |
| 155. Harlingen TX Cons BE/R/ 4/23/19 | A | Interest | L | T | Buy | 04/24/19 | L | | |
| 156. Indiana Mun PWR AGY Sr C | B | Interest | L | T | Buy | 05/16/19 | L | | |
| 157. Pembroke Pines FL CAP ASSUR RV | B | Interest | L | T | Buy | 10/16/19 | L | | |
| 158. Rhode Island Infrastructure RV BE/R/ | A | Interest | L | T | Buy | 12/04/19 | L | | |
| 159. CVS Caremark Corp Call 04.125% | A | Interest | K | T | Buy | 12/09/19 | K | | |
| 160. Wellpoint Inc. B/E 4.350% | A | Interest | J | T | Buy | 12/09/19 | J | | |
| 161. Dow Inc. | A | Dividend | K | T | Spinoff<br>(from line 99) | 04/02/19 | J | | |
| 162. Wabtec Inc | A | Dividend | J | T | Spinoff<br>(from line 79) | 02/26/19 | J | | |
| 163. Corteva Inc | A | Dividend | J | T | Spinoff<br>(from line 99) | 06/03/19 | J | | |
| 164. Trust # 3 (H) | | | | | | | | | |
| 165. General Motors Company Warrant 072019 | | None | | | Expired | 07/24/19 | J | | |
| 166. Capital Product Partners LP | E | Distribution | | | Sold | 03/26/19 | K | | |
| 167. Transocean Limited REG SHS | | None | J | T | | | | | |
| 168. Amazon Com Incorporated | | None | N | T | Sold<br>(part) | 03/25/19 | K | | |
| 169. Hi-Crush Partners LP Com | | None | J | T | Sold<br>(part) | 03/25/19 | K | | |
| 170. Fidus Invt Corporation | D | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Angel Oak Multi-Strategy Inc Fund Class Instl | D | Dividend | M | T | | | | | |
| 172. Lord Abbett Floating Rate fD Cl F | D | Dividend | M | T | | | | | |
| 173. Biogen Inc | | None | K | T | Buy (add'l) | 10/30/19 | J | | |
| 174. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 175. Home Depot Inc | A | Dividend | K | T | | | | | |
| 176. Mastercard Inc CL A | A | Dividend | L | T | | | | | |
| 177. Mednax Inc | | None | J | T | | | | | |
| 178. Pepsico Inc | B | Dividend | K | T | | | | | |
| 179. Walt Disney Co (Holding Co) | A | Dividend | K | T | Buy (add'l) | 10/30/19 | J | | |
| 180. Dallas Fort Worth TX IN SR C RV | B | Interest | K | T | | | | | |
| 181. Florida ST Muni Pwr AGY | C | Interest | | | Redeemed | 10/01/19 | K | | |
| 182. Broward CO FL ARPT | B | Interest | | | Redeemed | 11/21/19 | K | | |
| 183. Miami Dade CNTY FLA AVIA | C | Interest | | | Redeemed | 10/01/19 | K | | |
| 184. Celgene Corp | | None | | | Sold | 11/20/19 | J | | |
| 185. Cisco Systems Inc | B | Dividend | J | T | | | | | |
| 186. Coresite Rlty Corp COM Reit | B | Dividend | K | T | | | | | |
| 187. Facebook Inc Cl A | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Gilead Sciences Inc | A | Dividend | J | T | Sold<br>(part) | 02/26/19 | J | | |
| 189. Johnson Ctls Intl PLC | A | Dividend | | | Sold | 11/04/19 | K | | |
| 190. Microsoft Corp | A | Dividend | K | T | | | | | |
| 191. New Jersey Turnpike Auth SR B RV | B | Interest | K | T | | | | | |
| 192. Maine ST HSG Auth MTGE P SR C | B | Interest | K | T | Redeemed<br>(part) | 11/19/19 | J | | |
| 193. General Electric Co | B | Dividend | K | T | | | | | |
| 194. Chesapeak Granite Wash Trus | C | Distribution | K | T | | | | | |
| 195. JP Morgan Chase Financial CT-ISS SPX 3/29/2019 | | None | | | Redeemed | 04/01/19 | K | | |
| 196. Citigroup Global Markets T-SS SPX 7/31/2020 | | None | L | T | | | | | |
| 197. Goldman Sachs Group Inc Trigger PS EFA | | None | K | T | | | | | |
| 198. JP Morgan Chase Trigger PS SX5E 4/30/2020 | | None | K | T | | | | | |
| 199. Transamerica floating rate fund class I | D | Dividend | L | T | Sold<br>(part) | 02/26/19 | L | | |
| 200. Atlanta GA ARPT Passenge SR A RV BE/R | B | Interest | L | T | | | | | |
| 201. Thermo Fisher Scientific Inc | A | Dividend | K | T | | | | | |
| 202. WCM Focused International Airport | A | Dividend | L | T | | | | | |
| 203. Discovery Comm LLC B/E 3.250% 040123 dtd031913 | A | Interest | K | T | | | | | |
| 204. Verizon Communications 4.150% 031524 DTD 031714 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Verizon Communications 5.150% 091523 DTD 091813 | B | Interest | K | T | | | | | |
| 206. Dowdupont Inc | B | Dividend | | | Sold (part) | 01/04/19 | J | | |
| 207. | | | | | Sold | 06/03/19 | K | | |
| 208. UBS AG L/O TA-CYN MXEF NKYSX5E | C | Interest | L | T | | | | | |
| 209. Align Technology Inc | | None | | | Sold | 02/26/19 | K | | |
| 210. Victory Floating Rate Fund Class Y | D | Dividend | M | T | Buy (add'l) | 02/26/19 | L | | |
| 211. Alpha Centric Income Opportunities Fund Class | D | Dividend | M | T | | | | | |
| 212. Mc Cormick & Co NV | A | Dividend | L | T | Buy (add'l) | 01/04/19 | J | | |
| 213. Berkshire Hathaway Inc New CL B | | None | K | T | | | | | |
| 214. Zoetis Inc | A | Dividend | | | Sold | 02/14/19 | K | | |
| 215. Ebay Inc NTS B/E 3.800% DTD 030916 | B | Interest | K | T | | | | | |
| 216. Brink's Co | A | Dividend | | | Sold | 04/01/19 | J | | |
| 217. Texas St Tax and Rev 2018 RV NTS BE/R | C | Interest | | | Redeemed | 08/29/19 | L | | |
| 218. New York LOC | A | Interest | | | Redeemed | 04/01/19 | L | | |
| 219. Hewlett Packard 3.6% 101520 | B | Interest | K | T | Buy | 02/26/19 | K | | |
| 220. Wellcare Health Plans Inc | | None | K | T | Buy | 02/27/19 | J | | |
| 221. CVS Caremark Corp Call 4.125%051521 | A | Interest | K | T | Buy | 04/03/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Adobe Systems Inc NTS 4.75% 020120 | A | Interest | K | T | Buy | 04/03/19 | K | | |
| 223. Thermo Scientific 4.5% 030121 | A | Interest | | | Buy | 04/03/19 | K | | |
| 224. | | | | | Redeemed | 10/15/19 | K | | |
| 225. Royal Caribbean Cruises 05.25% 111522 | B | Interest | K | T | Buy | 04/03/19 | K | | |
| 226. American Century High Inc Fund CL I | A | Dividend | L | T | Buy | 10/10/19 | K | | |
| 227. Fidelity Natl Inform NTS 4.5% 101522 | A | Interest | K | T | Buy | 10/10/19 | K | | |
| 228. Thermo Scientific 4.15% 012421 | A | Interest | L | T | Buy | 10/24/19 | L | | |
| 229. Nestles A Sponsored ADR Repstg Reg Shs Switz | | None | K | T | Buy | 11/19/19 | J | | |
| 230. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 231. Servicenow.com | | None | J | T | Buy | 12/10/19 | J | | |
| 232. Capital Product Partners LP Units MLP | B | Interest | K | T | Buy | 03/26/19 | K | | |
| 233. Dupont de Nemours Inc | A | Dividend | K | T | Buy | 06/03/19 | K | | |
| 234. Bristol Myers Squibb Co | | None | J | T | Buy | 11/20/19 | J | | |
| 235. RTS Bristol Myers Squibb Co | | None | J | T | Buy | 11/20/19 | J | | |
| 236. Wabtec Inc | | None | | | Spinoff<br>(from line 193) | 02/26/19 | J | | |
| 237. | | | | | Sold | 03/25/19 | J | | |
| 238. Diamond Shipping Inc | | None | | | Spinoff<br>(from line 166) | 03/28/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold | 08/06/19 | K | | |
| 240. Dow Inc | B | Dividend | K | T | Spinoff<br>(from line 206) | 04/02/19 | K | | |
| 241. Corteva Inc | A | Dividend | | | Spinoff<br>(from line 206) | 06/30/19 | J | | |
| 242. | | | | | Sold | 10/30/19 | K | | |
| 243. UBS Traditional (IRA) #2 (H) | | | | | | | | | |
| 244. Seadrill LTD | | None | J | T | | | | | |
| 245. UBS AG Trigger PS SX5E | | None | | | Sold | 08/19/19 | J | | |
| 246. Goldman Sachs Group Inc Trigger PS EFA | | None | J | T | | | | | |
| 247. Morgan Stanley L/O TPAOS SPX SX5E | | None | J | T | | | | | |
| 248. JPMorgan Chase& CO Trigger PS SX5E<br>(X) | | None | | | Sold | 03/18/19 | J | | |
| 249. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 2, Hospitality Partners "CHANGED NAME" to Service PPYS Tr

Trust 2,

Line 85, In 2018 it was listed as Alphabet Inv. CL A, this was a typo and it 2019 has been changed to Alphabet Inv CL C

Trust 3

Line 166, Capital Product Partners LP exchanged its shares (same invested amount) for shares of Capital Product Partners LP Units MLP. In order to follow the exchange and the investment properly. Line 166 is reflected as a "sale" and Line 237 Capital Product Partners LP Units MLP is reflected as a "buy"

Line 207, Dowdupont Inc exchanged reverse shares of Dupont de Nemours Inc. In order to follow the exchange and the investment properly. Line 207 is reflected as a "sale" and Line 239 Dupont de Nemours Inc is reflected as a "buy"

Line 184, Celgene Corp exchanged shares due to Corporate merger for shares of Bristol Myers Squibb Co and RTS Bristol Myers Squibb Co. In order to follow the exchange and the investment properly. Line 184, Celgene Corp is reflected as a "sale" and Line 240, Bristol Myers Squibb Co is reflected as a "buy" and Line 241, RTS Bristol Myers Squibb Co is reflected as a "buy"

Line 190, Microsoft Corp - Corrected the spelling from 2018

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/30/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544